# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

DATE OF 341 MEETING: 11/14/2018             CASE NO: 18-27697-JTM

IN RE: ROBERTO HARO                          TRUSTEE: Philip G. Jones

## MOTION TO DISMISS/CHAPTER 7 SECTION 341 MEETING REPORT/ STATEMENT OF FAILURE TO COMPLY

**PURSUANT TO APPLICABLE LOCAL RULES AS REFERENCED IN THE PARAGRAPH(S) BELOW, THE TRUSTEE RECOMMENDS DISMISSAL OF THIS CASE, AND THE COURT WILL ENTER AN ORDER OF DISMISSAL UNLESS AN OBJECTION TO DISMISSAL IS FILED BY 12/13/2018.**

1. DEBTOR(S)
   [ ] Present, Sworn, Examined      [x] Not Present – Local Bankruptcy Rule ("LBR") 2003-1(a)
                                     [ ] Husband Present, Wife Not - LBR 2003-1(a)
                                     [ ] Wife Present, Husband Not - LBR 2003-1(a)
2. DEBTOR'S ATTORNEY
   [ ] Present      [x] Not Present – LBR 2003-1(a)      [ ] N/A (Pro Se)
3. MAILING MATRIX TIMELY FILED
   [ ] YES      [ ] No - LBR 1007-1
4. DOMESTIC SUPPORT OBLIGATION MATRIX TIMELY FILED
   [ ] YES      [ ] No - Bankr. D. Rule 1007-1(b)
5. NEW ADDRESS FOR DEBTOR?
   [ ] NO      [ ] YES - Debtor and attorney advised of duty to file written notice of change of address.
6. FAILURE TO PROVIDE THE FOLLOWING DOCUMENTS UNDER LBR 4002-1(B)(D):

   _____

   _____
7. MEETING:   [] Concluded   [ ] Continued to:
   Due to failure of Debtor to file or provide to trustee all required documents.
8. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:
   [x] a 341 hearing be rescheduled        [] a 341 hearing NOT be rescheduled

CREDITORS _____

PHILIP G. JONES
PRESIDING OFFICER

   The Motion to Dismiss/Section 341 Meeting Report/Statement of Failure to Comply has been mailed to the Debtor and Debtor's counsel at the addresses that appear on the Petition in this case. In addition, and electronic copy has been delivered to the Office of the U.S. Trustee at USTPRegion19.SK.ECF@USDOJ.GOV.

Date: November 16, 2018                  /s/ Philip G Jones
                                         CHAPTER 7 TRUSTEE

# CERTIFICATE OF SERVICE

**BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on November 16, 2016, I electronically filed the foregoing **MOTION TO DISMISS/CHAPTER 7 SECTION 341 MEETING REPORT/STATEMENT OF FAILURE TO COMPLY** with the United States Bankrutpcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

Philip G. Jones tr trustee@theo7.com, pjones@ecf.epiqsystems.com;pgj@trustesolutions.net
Benjamin Ruesch ben@rrlegal.com, nathanreeve@yahoo.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov

**BY MAIL, OTHER**

I hereby certify that on November 16, 2018, I caused to be served a true and correct copy of the foregoing **MOTION TO DISMISS/CHAPTER 7 SECTION 341 MEETING REPORT/STATEMENT OF FAILURE TO COMPLY** as follows:

**Mail service - By regular first class united States mail, postage fully prepaid, addressed to:**

Roberto Haro
230 S 100 W
Pleasant Grove, UT 84062

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Philip G. Jones